IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DOLORES GARRIGUS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:22-cv-02069-JMS-MG |
| NACHI AMERICA, INC., | ) ) ) |
| Defendant. | ) ) |

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**

The Court, having reviewed the parties' Joint Stipulation of Dismissal with Prejudice, dismisses this lawsuit, with prejudice, each party to bear its own costs [28].

It is SO ORDERED.

Date: 7/18/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Service will be made electronically on
all ECF registered counsel of record via
email generated by the court's ECF system.